PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

FILED

FEB 25 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Joshua Christopher Astorga,<br><br>  Defendant. | CASE NO. 1:22-MJ-00026-BAM<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL |

The United States now moves to dismiss the complaint in the above captioned case filed on February 10, 2022, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States will seek to indict this matter in short order.

Dated: February 25, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

[PROPOSED] Order

The Court hereby orders that the indictment in case number 1:22-MJ-00026-BAM, filed on February 10, 2022, be DISMISSED WITHOUT PREJUDICE

DATED: February 25, 2022

ERICA P. GROSJEAN
United States Magistrate Judge